IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIKA HUDWELL, on her own behalf and on behalf her minor children Z.H.T and N.H.A; and IKEEM ADAMS, on his own behalf and on behalf of his minor child N.H.A.,**<br>　　　*Plaintiffs,*<br>　**v.**<br>**UNITED STATES OF AMERICA,**<br>　　　*Defendant.* | No. 2:24-cv-01226-JDW |

## ORDER

**AND NOW**, this 26th day of August, 2024, upon consideration of the Petition To Confirm Settlement Of Minor's Action And To Approve Allocation And Distribution Of Settlement Funds (ECF No. 11), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED**.

It is **FURTHER ORDERED** that the settlement funds in this case shall be distributed as follows:

1. $12,500 in counsel fees to the law firm of Kairys, Rudovsky, Messing & Feinberg LLP, with $2,500 of that sum to be forwarded as a referral fee to the firm of Duffy North;

2. $466.91 in litigation costs to the law firm of Kairys, Rudovsky, Messing & Feinberg LLP;

3. $14,883.27 to plaintiff Ikeem Adams;

4. $14,883.27 to plaintiff Malika Hudwell;

5. $3.633.27 to plaintiff Z.H.T.; and

6. $3.533.27 to plaintiff N.H.A.

It is **FURTHER ORDERED** that, for the settlement payments to Z.H.T. and N.H.A. described in paragraphs 5 and 6 above, Plaintiffs' Counsel, either Grace Harris or Jonathan H. Feinberg, are authorized to execute all documentation necessary to purchase Certificates of Deposit from a federally insured bank or savings institution having an office in Philadelphia County, in the sum of $3,633.02 for both Z.H.T. and N.H.A., not to exceed the insured amount, with the funds payable to the plaintiffs Z.H.T. and N.H.A. upon reaching the age of majority. The Certificates of Deposit shall be titled in the name of plaintiffs Z.H.T. and N.H.A. and shall be restricted as follows:

> Not to be redeemed except for renewal in its entirety, not to be withdrawn, assigned, negotiated, or otherwise alienated before the minor attains majority, except upon prior order of the court.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
HON. JOSHUA D. WOLSON
United States District Judge